UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

WAYNE MARGARUM, SR.

Crim. Case No. 3:18CR 110 VLB

VIOLATION:

26 U.S.C. § 7203

## INFORMATION

The United States Attorney charges:

## BACKGROUND

1. At all relevant times, the defendant WAYNE MARGARUM, SR. ("MARGARUM") resided in Stamford, Connecticut.

2. MARGARUM has owned and run a refuse business named Margarum Refuse for more than 40 years, providing garbage removal services for customers in the Stamford, Connecticut area as well as parts of Westchester County, New York. The business is operated out of MARGARUM's residence in Stamford, Connecticut. The business services approximately 600-700 clients with fees ranging from $25 to $60 per month. Neither MARGARUM nor his business has filed tax returns for the tax years 2004 until the present. During the relevant time, MARGARUM operated the business, cashed client checks and paid employees, including his son. During the relevant times, MARGARUM also paid his mortgages, credit card bills, and local taxes, and other daily expenses.

## COUNT ONE
### (Willful Failure to File Tax Return for 2010)

3. Paragraphs 1-2 are incorporated by reference.

4. During the calendar year 2010, MARGARUM had and received gross income of approximately $763,927.70. By reason of such gross income, he was required, following the close of the calendar year 2010 and on or before April 15, 2011, to make an income tax return to the IRS, and on such return state the items of his gross income and any deductions and credits to which he was entitled. Knowing his filing obligations, MARGARUM did willfully fail on or about April 15, 2011, in the District of Connecticut and elsewhere, to make such a return.

In violation of Title 26, United States Code, Section 7203.

## COUNT TWO
### (Willful Failure to File Tax Return for 2009)

5. Paragraphs 1-2 are incorporated by reference.

6. During the calendar year 2009, MARGARUM had and received gross income of approximately $793,502.08. By reason of such gross income, he was required, following the close of the calendar year 2009 and on or before April 15, 2010, to make an income tax return to the IRS, and on such return state the items of his gross income and any deductions and credits to which he was entitled. Knowing his filing obligations, MARGARUM did willfully fail on or about April 15,

2010, in the District of Connecticut and elsewhere, to make such a return.

In violation of Title 26, United States Code, Section 7203.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY